In the ESTATE OF Leonard W. PHILLIPS, Jr., Respondent,

v.

Leonard W. PHILLIPS, Sr., Appellant.

No. WD 50866.

Missouri Court of Appeals, Western District.

March 12, 1996.

James C. Dowling, Franklin & Dowling, Fulton, for appellant.

Gary P. Kraus, Jefferson City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SMITH, JJ.

## ORDER

PER CURIAM:

Leonard Phillips, Sr., appeals the appointment of the public administrator as guardian of his son Leonard Phillips, Jr. He claims that the order was against the weight of the evidence in that he, as the boy's natural father, should have been appointed. He also claims error in the trial court's admission of his medical records during cross-examination. Affirmed. Rule 84.16(b).